No. 697. WHITE *v*. JOHNSTON, WARDEN. See *ante*, p. 538.

No. 449. VERNON *v*. ALABAMA. See *ante*, p. 540.

No. 761. CRENSHAW *v*. UNITED STATES. See *post*, p. 596.

No. 796. GLASSER *v*. UNITED STATES;
No. 797. KRETSKE *v*. UNITED STATES; and
No. 798. ROTH *v*. UNITED STATES. April 7, 1941. On consideration of the suggestion of a diminution of the record and motion for a writ of certiorari in that relation, the motion for a writ of certiorari is granted. The petitions for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit are granted. *Messrs. Homer Cummings* and *William D. Donnelly* for petitioner in No. 796. *Mr. Edward M. Keating* for petitioner in No. 797. *Mr. Alfred E. Roth, pro se. Solicitor General Biddle, Assistant Attorney General Berge,* and *Messrs. George F. Kneip, Fred E. Strine,* and *W. Marvin Smith* for the United States. *Mr. Ralph M. Snyder* filed a brief, as *amicus curiae,* in support of petitioner in No. 796. Reported below: 116 F. 2d 690.